UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                       Crim. No. 24-338 (PAM/DLM)

      Plaintiff,

v.                                                                                          **ORDER**

William Monroe Lenoir,

      Defendant.

_____

This matter is before the Court on Defendant William Monroe Lenoir's Motion for Continuance and to exclude time under the Speedy Trial Act. This matter is set for trial on October 20, 2025, and Defendant seeks to continue the trial date for 60 days. The Government does not object to this request.

The Court finds that the ends of justice served by further continuing this case outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In making this finding, the Court concludes that failure to grant the Motion would result in a miscarriage of justice.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant's Motion (Docket No. 27) is **GRANTED**;

2. The trial set for October 20, 2025, is **CONTINUED** to a date and time to be determined; and

3. The period of time between October 20, 2025, and December 18, 2025, is excluded from computation under the Speedy Trial Act, 18 U.S.C § 3161(h)(7)(A).

Dated: October 14, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge