UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                                    Crim. No. 24-338 (PAM/DLM)

          Plaintiff,

v.                                                                                                                **ORDER**

William Monroe Lenoir,

          Defendant.
_____

    This matter is before the Court on the Government's Unopposed Motion to Continue Trial Date and to Exclude Time Under the Speedy Trial Act. (Docket No. 30.) To accommodate scheduling conflicts and allow counsel adequate time to prepare for trial, the Court will set this matter for trial on February 17, 2026, and exclude time from computation under the Speedy Trial Act.

    The Court finds that the ends of justice served by continuing this case outweigh the interest of the public and Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). The failure to grant a continuance would deny the Government continuity of counsel and deny the parties the reasonable time necessary for effective preparation. See id. § 3161(h)(7)(B). In making this finding, the Court concludes that failure to exclude time would result in a miscarriage of justice.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The Government's Unopposed Motion to Continue Trial Date and to Exclude Time Under the Speedy Trial Act (Docket No. 30) is **GRANTED**;

2. The period of time between December 19, 2025, and February 17, 2026, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A); and

3. This matter is set for trial on February 17, 2026.

Dated: December 22, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge